**Motion Granted; Dismissed and Memorandum Opinion filed March 27, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00061-CR
NO. 14-12-00062-CR
NO. 14-12-00063-CR

_____

**DONALD RAY BEATY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Court Cause Nos. 21589, 21665, & 21,940**

---

## MEMORANDUM OPINION

Appellant entered guilty pleas, without agreed recommendations on punishment, to two charges of possession of methamphetamine, and a single charge of evading arrest. The trial court sentenced appellant on December 6, 2011, to confinement in the Institutional Division of the Texas Department of Criminal Justice for ten years in each case, with the sentences to be served concurrently. A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court in each case.

*See* Tex. R. App. P. 42.2.  Because this court has not delivered an opinion, we grant appellant's motions.

Accordingly, we order the appeals dismissed.  We direct the clerk of the court to issue the mandates of the court immediately.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).